MAY 8, 1946

**No. 51110.—**
—Protests 58086–K, etc., of Cluett Peabody & Co., Inc. Abstract 50992. Plaintiff's application for rehearing granted.

MAY 13, 1946

**No. 51111.—**—Protest 109809–K of Cities Service Oil Co. C. D. 994. Motion of Government for rehearing denied.

BEFORE THE FIRST DIVISION, MAY 15, 1946

**No. 51112.—**Protests 85857–K, etc., of DeLuxe Saddlery Co., Inc., et al. (Baltimore, etc.).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51113.—**Protests 109707–K/91531, etc., of American Express Co. et al. (Chicago).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MAY 15, 1946

**No. 51114.—**Protest 845769–G of W. X. Huber Co. (Los Angeles).

Opinion by KINCHELOE, J. The testimony showed that the merchandise in issue is of the same kind and character as that passed upon in Abstracts 34621, 35549, and 38004. In accordance therewith the claim at 35 percent under paragraph 921 was sustained.

**No. 51115.—**Protests 989349–G, etc., of Stephen Rug Mills (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51116.—**Protests 115351–K, etc., of Intermaritime Trading Corp. et al. (New York).

Opinion by LAWRENCE, J. An examination of the papers disclosing no reason for disturbing the collector's action, which was presumptively correct, the protests were overruled.

BEFORE THE THIRD DIVISION, MAY 15, 1946

**No. 51117.—**Protests 43429–K, etc., of Mattia Locatelli New York Branch, Inc. (New York).

# 283

Opinion by Keefe, J. In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.* The protests were sustained to this extent.

**No. 51118.**—Protests 51327–K, etc., of Galvanoni & Nevy Bros., Inc., et al. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.* The protests were sustained to this extent.

**No. 51119.**—Protests 53883–K, etc., of I. Haber, Inc., et al. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.* The protests were sustained to this extent.

**No. 51120.**—Protests 55970–K, etc., of Wm. Faehndrich, Inc., et al. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.* The protests were sustained to this extent.

**No. 51121.**—Protests 44458–K, etc., of Wm. S. Pitcairn Corp. (New York).

Opinion by Keefe, J. It was stipulated that the merchandise consists of oatmeals or oatmeal saucers and chowder cups or puree cups the same in all material respects as those passed upon in *Copeland & Thompson, Inc.* v. *United States* (12 Cust. Ct. 85, C. D. 833) and *Johnson Bros.* v. *United States* (15 id. 113,